IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARMIN WAND, III,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                              Case No. 14-cv-539-wmc

D. FLANNERY and JERRY SWEENEY,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Armin Wand, III's request for leave to proceed and dismissing this case with prejudice as legally frivolous.

    /s/                                                   6/22/2015

Peter Oppeneer, Clerk of Court                 Date