2015 JUL 16 AM 10:06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

ARMIN WAND III,
        Plaintiff,

                                  NOTICE OF APPEAL

V.

D. FLANNERY AND JERRY SWEENY,      Case No. 14-CV-539-WMC
        Defendants,

---

    Notice is given that the plaintiff, Armin Wand, III, appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgment entered in this action on June, 22 2015.

    Dated and signed this 9th day of July, 2015. Grant County, Wisconsin.

                                          Respectfully,

                                          Armin Wand, III, Plaintiff
                                          Wisconsin Secure Program Facility
                                          P.o. Box #9900

                                          Boscobel, Wi. 53805